# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

132145

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                       SC: 132145
                                                        COA: 270096
                                                        Jackson CC: 04-000590-FH
DAVID LEE SWANIGAN,
        Defendant-Appellant.

_____/

        By order of December 28, 2006, the application for leave to appeal the August 15, 2006 order of the Court of Appeals was held in abeyance pending the decision in *People v Harper* (Docket No. 130988). On order of the Court, the case having been decided on July 26, 2007, 479 Mich 599 (2007), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007                          _____
                                                                Clerk